

*MURIEL GOODE-TRUFANT*
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

*SONYA GIDUMAL CHAZIN*
*Senior Counsel*
Labor & Employment Law Division
(212) 356-0890
schazin@law.nyc.gov

May 12, 2025

**VIA ECF**
Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East, Room S905
Brooklyn, New York 11201

           Re:  Zapantis-Dalamakis v. City of New York, et al.
                24 Civ. 4631 (KAM)(JRC)

Dear Judge Matsumoto:

      I am an Assistant Corporation Counsel in the Office of the Muriel Goode-Trufant, Corporation Counsel of the City of New York, assigned to represent Defendants in the above-referenced matter. I write today to inform the Court that the City intends to file a Motion to Dismiss the Plaintiff's Amended Complaint ("FAC") in this matter.

      Parties have jointly agreed to the following schedule:

      i) Defendants' Motion due May 28, 2025;
      ii) Plaintiffs' Opposition due June 27, 2025; and
      iii) Defendants' Reply due July 11, 2025.

      Additionally, Defendants continue to request a stay of discovery pending the disposition of their motion to dismiss the FAC. Thank you for your consideration in this matter.

                                                         Respectfully submitted,

                                                         Sonya Gidumal Chazin
                                                         Assistant Corporation Counsel

cc: All counsel of record (Via ECF)