# GIBSON LAW FIRM, PLLC

August 14, 2025

**VIA ECF**
Hon. Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East, Room S905
Brooklyn, New York 11201

      Re:    *Zapantis-Dalamakis v. City of New York et al.* – 24 Civ. 4631 (KAM)(JRC)
              Second request to adjourn motion response date

Dear Judge Matsumoto:

I represent the Plaintiffs in this matter and request an adjournment of Plaintiffs' deadline to respond to the pending motion to dismiss, currently due August 15, 2025, until September 15, 2025. Defendants consent to this request.

Defendants were granted two extensions to answer the Amended Complaint about six months after it was filed. Pursuant to this Court's order dated May 27, 2025, they were also granted an extension to answer the Second Amended Complaint filed April 11, 2025 on or before June 4, 2025 instead of in May.

[redacted] Therefore, I request thirty days extension to ensure I have time to address this motion properly. Defendants' consent to this request and the parties jointly propose the following dates:

- Plaintiffs' Opposition papers due: September 15, 2025
- Defendants' Reply: October 2, 2025 (originally due September 2, 2025)

I have asked to file this under seal as it contains personal health information. I thank the Court for its consideration and attention to this matter.

                                      Respectfully submitted,

                                      /s/ *Sujata Gibson*

                                      Sujata S. Gibson
                                      120 E Buffalo Street, Suite 201
                                      Ithaca, NY 14850
                                      (607) 327-4125
                                      sujata@gibsonfirm.law

CC: All Counsel of Record (Via ECF)