**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EMILY ZAPANTIS-DALAMAKIS, TRAVIS CARTER, MARIANA ARGYROS, MICHELLE BAPTISTE, VENESSA BURRELL-BARTLEY, STEPHON BYNOE, CONNI CALIA, ADRIANA CARBONE, JESSICA DALY, SUZANNE DEEGAN, STEPHANIE DICAPUA, LEAH ERLENBACH, MEGAN FICCHI, KELLY FINLAW, MICHELE GARRETT, ARIJANA LUKACEVIC, ANAMARIE MEDINA, AYELLET MOAS, MICHAEL MONZILLO, DONNY NAPOLITANO, MAWULI OLIVIERRE, PETER OTTO, LEONARD PIZZA, SAUNDRA RAYMOND, ROBERT RETTINO, NICOLE RIVICCI, CHRISTIAN SCHMIDT, DAMARIS SCOTT, BONNIE SKALA KILADITIS, JUDITH STAMOS, ZABDIEL VALERA, and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF NEW YORK and the NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>Defendants. | **NOTICE OF APPEAL**<br><br>Civil Action No. 24-CV-4631 |

**NOTICE OF APPEAL**

Notice is hereby given that all Plaintiffs in the above-captioned action hereby appeal to the United States Court of Appeals for the Second Circuit from the final Judgment entered on August 4, 2026, ECF No. 34; the Memorandum and Order entered on July 31, 2026, ECF No. 35 and all prior orders and rulings that merge

into the Judgment including but not limited to the Order entered on July 2, 2026 denying Plaintiffs' motion for leave to amend, ECF No. 34.

Dated: August 28, 2026

Gibson Law Firm, PLLC

/s/ Sujata S. Gibson

**Sujata S. Gibson, Esq.**
*Attorney for Plaintiffs*
Gibson Law Firm, PLLC
416 N Tioga St., Suite 4
Ithaca, NY 14850
(607) 327-4125
sujata@gibsonfirm.law

**CERTIFICATE OF SERVICE**

I hereby certify that on the date above a copy of the foregoing was served by ECF upon CITY OF NEW YORK and the NEW YORK CITY DEPARTMENT OF EDUCATION or their proper representatives designated by law.

/s/ Sujata S. Gibson
**Sujata S. Gibson, Esq.**